### E. M. Swann v. The State.

No. 2628.    Decided June 27, 1913.

Rehearing denied October 15, 1913.

**Vagrancy—Corporation Court—Appeal to County Court—Jurisdiction.**

Where the defendant was convicted in the Corporation Court on a charge of vagrancy and fined $100, and thereupon appealed to the County Court, where he was again fined in the same sum, no appeal lies from such judgment to this court.

Appeal from the County Court of McLennan. Tried below before the Hon. Tom L. McCullough.

Appeal from a conviction of vagrancy; penalty, a fine of $100.

The opinion states the case.

J. W. Taylor and Quitman Finlay, for appellant.

C. E. Lane, Assistant Attorney-General, for the State.

HARPER, Judge.—It is made to appear from the record that appellant was tried in the corporation court of the City of Waco, charged with vagrancy; she was convicted and her punishment assessed at a fine of $100. From this conviction she appealed to the County Court, was again tried, adjudged guilty, and her punishment assessed by the jury in the County Court in the sum of $100.

From this judgment she attempts to perfect an appeal to this court, but under article 87 of the Code of Criminal Procedure no appeal lies from such judgment, and this court has no jurisdiction.

The appeal is dismissed.

*Dismissed.*

[Rehearing denied October 15, 1913.—Reporter.]